1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**
8
9   UNITED STATES OF AMERICA,        )        3:15-cr-00061-HDM-WGC
                                     )
10              Plaintiff,           )
                                     )        ORDER
11  vs.                             )
                                     )
12  ANDRES RODRIGUEZ, EDWARD SMITH,  )
    KRYSTAL JOHNSON, BRIAN FOX,      )
13  DALLAS ROBINSON, TODD CANTWELL,  )
    ALEXIS PATTON, NATALIE CONBOY,   )
14  SHELBY HOEFELMAN, ALYSSA HOLMES, )
    MELISSA ANDRADE-GARCIA, CELENA   )
15  PENFOLD, and NICOLE VALENCIA     )
    DEAN,                            )
16                                   )
                Defendant.           )
17  _____ )

18       The stipulation of the parties to extend the time for filing

19  pretrial motions (ECF No. 328) is **GRANTED IN PART.**  Pretrial

20  motions shall be filed no later than June 10, 2016, and responses

21  shall be filed no later than June 24, 2016.

22       IT IS SO ORDERED.

23       DATED: This 2nd day of June, 2016.

24
25                              _____
26                              UNITED STATES DISTRICT JUDGE
27
28